GEORGE WHYEL, *Appellant,* v. AUDREY M. SMITH, joined by her husband, ALBERT F. SMITH, *Appellees.*

Opinion filed February 25, 1931.

*Semple & Hirschman*, for Appellant;

*Mitchell D. Price, Zaring, Youmans & Florence*, for Appellees.

974

976

PER CURIAM.—The record in this cause having been considered by the Court, and the foregoing opinion prepared under Chapter 14553, Acts of 1929, adopted by the Court as its opinion, it is considered, .ordered and decreed by the Court that the decree of the court below should be, and the same is hereby, affirmed.

STRUM, C.J., AND WHITFIELD, ELLIS, TERRELL, BROWN AND BUFORD, J.J., concur.